**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

YOUNES DAVOODI,

      Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

      Respondent.

CIVIL ACTION NO.: 5:26-cv-209

### O R D E R

Respondent filed a Motion to Dismiss on May 5, 2026.  Doc. 6.  Petitioner was to respond to this Motion on or before May 19, 2026, yet he has failed to do so.  Local R. 7.5 (allowing 14 days for response to motions to dismiss).  The Court **ORDERS** Petitioner to show cause why the Court should not grant Respondent's Motion as unopposed and dismiss this cause of action based on Petitioner's failure to follow this Court's Orders and Local Rules **on or before June 15, 2026**.  Petitioner can show cause by filing a response to the Motion to Dismiss or by informing the Court he does not oppose the Motion.

**SO ORDERED**, this 5th day of June, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA